## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DOMINGO COLON-MONTANEZ, | : | No. 14 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THERESA A. DELBALSO AND VINCENT MOONEY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of March, 2017, the "Application for Leave to File Original Process, Extraordinary and King's Bench Jurisdictions" is **GRANTED**, insofar as it seeks leave to file original process, and the Application for Extraordinary and/or King's Bench Jurisdiction, the Application to Expedite, and the Application for Bail are **DENIED**.